AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Evan Hunt, (DOB: XXXXXXXXX)<br>Clayton Hildebrand, (DOB: XXXXXXXX)<br>Michael Sposite, (DOB: XXXXXXXX)<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00080
Assigned To : Judge Robin M. Meriweather
Assign. Date : 3/1/2024
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of _____ Columbia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1512(c)(2) - (Obstruction of an Official Proceeding); | |
| 18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds); | |
| 18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); | |
| 40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building or Grounds); | |
| 40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____03/04/2024_____

*Judge's signature*

2024.03.04
13:16:53 -05'00'

City and state: _____Washington, D.C._____     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*